978 A.2d 921

IN THE MATTER OF EDWARD S. SERADZKY,
AN ATTORNEY AT LAW.

September 24, 2009.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–024, concluding that **EDWARD S. SERADZKY** of **BLOOMFIELD,** who was admitted to the bar of this State in 1975, should be reprimanded for violating RPC 1.15(a) (failure to safeguard funds) and RPC 1.15(d) (failure to comply with recordkeeping provisions of *Rule* 1:21–6), and good cause appearing;

It is ORDERED that **EDWARD S. SERADZKY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.